# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN BATCHELOR, and JANET BATCHELOR<br><br>v.<br><br>ROSE TREE MEDIA SCHOOL DISTRICT, et al. | Civil Action No. 13-01567-CDJ<br><br>**FILED**<br>APR - 9 2013<br>MICHAEL E. KUNZ, Clerk<br>Dep. Clerk<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER EXTENDING DEADLINES

All Plaintiffs and Defendants, by and through their undersigned counsel, stipulate as stated in the paragraphs below, subject to the approval of the Court:

1. By this Stipulation and Order, May 10, 2013, is the date by which the following must occur: (a) Defendants are required to answer and/or file a motion in response to the Amended Complaint (Doc. 2); and (b) Plaintiffs are required to file a motion for remand.

2. The reason for setting the May 10, 2013, deadline, which extends the current deadlines for the parties' filings, is that the parties have agreed to a form of order that remands this case to the Delaware County Court of Common Pleas.

3. That proposed Order is being submitted to the Court for its approval and the parties will be awaiting the Court's decision as to the proposed Order.

**[ADDITIONAL TEXT AND SIGNATURES ON NEXT PAGE]**

4.  The parties stipulate as set forth herein as indicated by the signatures of their counsel below who are authorized to execute this Stipulation.

LEVIN LEGAL GROUP, P.C.                    LAMM RUBENSTONE LLC

/s/Craig D. Ginsburg                       /s/Frank Schwartz
Michael I. Levin , Esquire                 Frank Schwartz, Esquire
PA Attorney I.D .No. 21232                 PA Attorney I.D. No. 52729
Craig D. Ginsburg, Esquire                 Trevose, PA 19053
PA Attorney I.D. No. 56445                 215-638-9330
1301 Masons Mill Business Park             *Counsel for the Plaintiffs*
1800 Byberry Road
Huntingdon Valley, PA 19006
(215) 938-6378                             Date: April 5, 2013
*Counsel for all Defendants*

Date: April 5, 2013

APPROVED AND ORDERED this ___9th___ day of ___April___, 2013

_____ J.

**ENTERED**

APR 0 9 2013

**CLERK OF COURT**

